JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 6/27/79 | 1 | MOTION, MEMORANDUM IN SUPPORT OF, SCHEDULE OF CASES, CERT. OF SVC. AND EXHIBITS A THROUGH R -- defendant United States Lines, Inc. (emh) SUGGESTED TRANSFEREE DISTRICT: S. D. New York SUGGESTED TRANSFEREE JUDGE: (emh) |
| 7/11/79 | 2 | REQUEST FOR EXTENSION OF TIME -- Defts. Atlantic Container Line, Ltd., Dart Containerline Co. Ltd., Sea-Land Svc., Inc., Seatrain Lines, Inc., Hapag-Lloyd Aktiengesellschaft, and American Export Lines, Inc. GRANTED to and including July 18, 1979. (ea) |
| 7/11/79 | 3 | REQUEST FOR EXTENSION OF TIME -- Plaintiffs' counsel -- GRANTED to and including August 10, 1979 (cds) |
| 7/13/79 | 4 | RESPONSE w/cert. of svc., list of additional cases--Defts. Atlantic Container Line, Ltd., et al. (ea) |
| 7/13/79 | 5 | REQUEST TO PANEL TO ADD CASE -- Pltf. Packaging Industries Group, Inc., et al. to add Packaging Industries Group, Inc., et al. v. Atlantic Container Line, Ltd., et al., S.D.N.Y., C.A.No. 79-3384. (ea) |
| 7/19/79 | | APPEARANCES -- ~~Jerry S. Cohen, Esq. for Imperial Crystals and China Co., Inc.~~ Seymour Kurland, Esq. Imperial Metal & Chemical Co.; Lawrence H. Eiger, Esq. for Howard Footwear Enterprises, Inc.; Michael J. Freed, Esq. for Euromarket Designs, Inc.; Richard J. Rappaport, Esq. for T. I. Raleigh (USA), Inc.; Samuel K. Rosen, Esq. for Amrose Art Linens, Inc.; Daniel W. Krasner, Esq. for Air Photo Supply Corp.; Benedict Wolf, Esq. for Covington Fabrics Corp. and Hanbury Import Corp., et al.; Henry A. Brachtl, Esq. for IAP, Inc., et al.; Robert N. Kaplan, Esq. for Dunhill Manufacturing & Distributing Corp.; Joseph A. Ruskay, Esq. for Hobrel Export Corp and Gallard-Schlesinger Chemical Mfg. Corp.; Arthur N. Abbey for Regeant Scheffield, Ltd; Anthony L. tersigni, Esq. for Indecor, Inc.; Stuart A. Summit, Esq. for Packaging Industries Group, Inc.; Sanford M. Litvack, Esq. for United States Lines, Inc.; William Karas, Esq. for Atlantic Container Line, Ltd.; Edwin Longscope, Esq. for Dart Containerline Co., Ltd.; John C. Fricano, Esq. for Sea-Land Svc., Inc.; Jane E. Genster, Esq. for Seatrain Lines, Inc.; Stanley Sher, Esq. for Hapag-Lloyd Aktiengesellschaft James R. Hawkins, Esq. for Farrell Lines, Inc. and American Export Lines, Inc.; Lewis Bernstein, Esq. for Donald G. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ (ea) |
| 7/20/79 | | APPEARANCE -- Seymour Glanzer, Esq. for Howard A. Levy |
| 7/24/79 | | APPEARANCE--Jerry S. Cohen, Esq. for Imperial Crystals and China Co., Inc. (ea) |

JPML FORM 1A - Continuation                           DOCKET ENTRIES -- p. 2

OCEAN SHIPPING ANTITRUST LITIGATION
DOCKET NO. 395 --   IN RE ~~PACKAGING SHIPPING~~

| Date | Ref | Pleading Description |
|---|---|---|
| 7/25/79 | | APPEARANCE -- Stuart A. Summit, Esq. for Packaging Industries Group, Inc. (Pltf) |
| 7/27/79 | | APPEARANCE -- DONALD J. ALDRIDGE ~~AND KEWX~~ EDWARD J. HEINE by Sanford M. Litvack, Esq (rew) |
| 8/1/79 | | APPEARANCE WITHDRAWAL: Seymour Glanzer, Esq. for Howard A. Levey -- Defendant never served with complaint (cds) |
| 8/2/79 | | APPEARANCE -- John C. Fricano for Paul F. Richardson |
| 8/10/79 | | HEARING ORDER -- Setting A-1 through B-17 for hearing in the Northern District of Illinois on Sept. 18, 1979 (cds) |
| 8/10/79 | 6 | RESPONSE -- Certain Plaintiffs -- w/cert. of serv. (cds) |
| 8/15/79 | 7 | AMMENDMENT TO SCHEDULES A and B of MOTION OF UNITED STATES LINES to include B-17 through B-32 -- United States Lines -- w/cert of service (cds) |
| 8/16/79 | | AMENDMENT TO HEARING ORDER -- Adding B-18 through B-32 to be heard in the N.D. Illinois on Sept. 18, 1979 (cds) |
| 8/16/79 | | APPEARANCE -- ROBERT DEMBIA, ESQ. for Fruitex Corp. (cds) |
| 8/23/79 | 8 | RESPONSE -- Plaintiffs Fruitex Corp., et al. -- w/cert. of service (cds) |
| 8/27/79 | | APPEARANCES -- Michael H. King., Esq. for The A. Epstein Companies, Bernard M. Gross, Eq. for Michael J. Koretsky, and Vawter Parker, Esq. for London Antique Wholesalers, Inc. (rew) |
| 8/29/79 | 9 | RESPONSE/MEMORANDUM -- Pltf. Packaging Industries Group, Inc. and Mercantile Development, Inc. -- w/cert. of svc. (emh) |
| 9/12/79 | | APPEARANCE -- Benedict Wolf, Esq. for Graphic Engraving (B-32)(rew) |
| 9/13/79 | | HEARING APPEARANCES: SANFORD LITVACK, ESQ. FOR United States Lines, Inc. and Atlantic Container Line, Ltd.; JOHN C. FRICANO, ESQ. FOR Sea-Land Service, Inc.; JERRY COHEN, ESQ. FOR Imperial Crystals and China Co., Inc., Abe Friedman, etc., Walter Hausfeld, etc.; DAVID BERGER, ESQ. FOR Pat Harris of N.J., Inc. (cds) |
| 9/13/79 | | WAIVERS OF ORAL ARGUMENT: Seatrain Lines, Inc.; Gallard-Schlesinger Chem. Mfg. Corp. and Hobrel Export Corp.; London Antique Wholesalers, Ltd. and Antique Wholesalers Inc.; Regent Sheffield, Ltd.; Packaging Industries Group, Inc. and Mercantile Devel. Inc.; American Export Lines; Covington Fabrics Corp.; Hanbury Import Corp., et al.; Graphic Engraving Inc., etc.; IAP, Inc.; Imported Automatic Parts, Ltd.; Great Empire Corp.; ~~Imported Automatic Parts, Ltd.; Great Empire Corp.;~~ Dart Containerline Co., Ltd.; Michael Koretsky (cs) |
| 9/25/79 | 10 | LETTER -- All Defendants -- w/copy of Federal Maritime Commission Order - Aug. 14, 1979 Re: 79-83 and a potential tag-along action in D.C. (rew) |

JPML FORM 1A - Continuation                         DOCKET ENTRIES -- p. 3

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 10/10/79 | 11 | LETTER -- Majority of Plaintiffs -- Regarding Opinion by Judge Stewart, S.D.N.Y. -- w/cert. of serv. (cds) |
| 10/10/79 | | CONSENT OF TRANSFEREE COURT -- Signed by Judge Edelstein (cs) |
| 10/10/79 | | TRANSFER ORDER -- Consolidating A-1 through B-32 in the Southern District of New York before the Honorable Charles E. Stewart, Jr. -- Notified involved counsel & judges (cds) |
| 79/11/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-33 C.S. Greene and Co., Inc. v. Atlantic Container Line, Ltd., et al. N.D. Illinois, 79C3857 --Notified involved counsel and involved judges (rew) |
| 79/11/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-33 C.S. Greene & Co.,Inc. v. Atlantic Container Line, Ltd., etal.,N.D.Il C.A.No. 79C3857. Notified involved clerks and judges.(ea) |
| 79/11/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-34 Tacony Corp., etc. v. Atlantic Container Line, Ltd., et al., D. D.C., C.A. No. 79-2442 NOTIFIED INVOLVED COUNSEL AND JUDGES (emh) |
| 79/12/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-34 Tacony Corp., etc. v. Atlantic Container Line, Ltd., et al., D. D.C., C.A.No. 79-2442 NOTIFIED CLERKS AND JUDGES (emh) |
| 80/06/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-36 Pet Supply Imports, Inc. v. Atlantic Container Line Ltd., etal., N.D. Ill., C.A.No. 80C2609 -- Notified involved counsel and judges. (ea) |
| 80/06/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY. B-36 Pet Supply Imports, Inc. v. Atlantic Container Line, Ltd.,etal., N.D.Ill.,C.A.No. 80C2609. Notified involved Clerks & judges. (ea) |
| 80/07/18 | | CONDITIONAL TRANSFER ORDER filed today -- B-38 Southern Wine & Spirits, Inc., et al. v. Atlantic Container Line, Ltd., et al., S.D. Florida, C.A. No. 80-1387-Civ-JWK Notified involved counsel and judges. (ds) |
| 80/08/05 | | CONDITIONAL TRANSFER ORDER FINAL -- B-38 Southern Wine & Spirits, Inc., etal. v. Atlantic Container Line, Ltd., et al., S.D.Fla., C.A.No. 80-1387-Civ-JWK -- Notified involved clerks and judges. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 395 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE OCEAN SHIPPING ANTITRUST LITIGATION

*Docket Closed Oct. '83*

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/18/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/10/79 | TO | Unpublished | S.D. New York | Charles E. Stewart, Jr. | |

### Special Transferee Information

M-21-26

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Imperial Crystals, et al. v. Atlantic Container Line, LTD., et al. | D.D.C. ~~Robinson~~ Green | 79-1471 | 10/10/79 | 79 Civ 5622 | | All cases closed 1/26/83 |
| A-2 | Imperial Metal & Chemical Co. v. Atlantic Container Line, LTD., et al. | D.D.C. ~~Robinson~~ Green | 79-1577 | 10/10/79 | 79 Civ 5623 | | |
| A-3 | Howard Footwear Enterprises, Inc. v. Atlantic Container Line, et al. | D.D.C. ~~Richey~~ Green | 79-1605 | 10/10/79 | 79 Civ 5624 | | |
| A-4 | Selfix, Inc. v. Atlantic Container Line, LTD., et al. | D.D.C. ~~Corcoran~~ OBERDORFER | 79-1629 | 10/10/79 | 79 Civ 5625 | | |
| A-5 | Euromarket Designs, Inc. v. Atlantic Container Line, LTD., et al. | N.D.Ill. Bua | 79 C 2430 | 10/10/79 | 79 Civ 5633 | | |
| A-6 | T. I. Raleigh (USA), Inc. v. Atlantic Container Line, LTD., et al. | N.D.Ill. Decker | 79 C 2476 | 10/10/79 | 79 Civ 5634 | | |
| A-7 | Amoose Art Linens, Inc. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Stewart | 79 Civ 2872 | | | | |
| A-8 | Air Photo Supply Corp v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Leval | 79 Civ 2966 | | | | |
| A-9 | Covington Fabrics Corp v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Broderick | 79 Civ 3117 | | | | |
| A-10 | IAP, Inc., et al. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Lasker | 79 Civ 3137 | | | | |

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-11 | Dunhill Manufacturing & Distributing Corp. v. American Export Lines, Inc., et al. | S.D.N.Y. Werker | 79 Civ 3155 | | | | |
| A-12 | Hanbury Import Corp., et al. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Stewart | 79 Civ 3267 | | | | |
| A-13 | Hobrel Export Corp. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Brieant | 79 Civ 3316 | | | | |
| A-14 | Gallard-Schlesinger Chemical Manuf. Corp., et al. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Pollack | 79 Civ 3317 | | | | |
| A-15 | Regent Sheffield, LTD. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Conner | 79 Civ 3327 | | | | |
| A-16 | Indecor, Inc. v. Atlantic Container Line, LTD., et al. | S.D.N.Y. Carter | 79 Civ 3332 | | | | |
| B-17 | Packaging Industries Group, Inc., et al. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. | 79-Civ.3384 | | | | |
| B-18 | Walter Hausfeld, et al. v. Atlantic Containerline, Ltd., et al. | D.D.C. Robinson Green | 79-1666 | 10/10/79 | 79Civ5626 | | |
| B-19 | Domino Footwear, Ltd. v. Atlantic Container Line., Ltd. | N.D.Ill. McGarr | 79 C 2628 | 10/10/79 | 79Civ5627 | | |
| B-20 | The Testor Corporation v. Atlantic Container Line, Ltd., et al. | N.D.Ill. Grady | 79 C 2634 | 10/10/79 | 79Civ5628 | | |
| B-21 | Gary Wine & Liquor Corp. v. Atlantic Container Line., Ltd., et al. | N.D.Ill. McMillen | 79 C 2646 | 10/10/79 | 79Civ5629 | | |

DOCKET NO. 395 -- In re Ocean Shipping Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Palacek Imports, Inc., etc. v. Sea-Land Service, Inc., et al. | N.D.Ill. Leighton | 79 C 2771 | 10/10/79 | 79 Civ 5631 | 2/24/81 | |
| B-23 | The E. Epstein Companies, Inc. v. Atlantic Container Line, Ltd., et al. | N.D.Ill. Grady | 79 C 2836 | 10/10/79 | 79 Civ 5632 | | |
| B-24 | Starmel Food Corporation, etc. v. Atlantic Containerline Co., Ltd., et. al. | E.D. Pa. Van Artsdalen | 79-2323 | 10/10/79 | 79 Civ 5635 | | |
| B-25 | London Antique Wholesalers, Ltd., et al. v. Atlantic Container Line, Ltd., et al. | E.D. Pa. Van Artsdalen | 79-2336 | 10/10/79 | 79 Civ 5636 | 1/26/83 | |
| B-26 | Bonjour Imports Corp. v. Atlantic Container Line, Ltd., et al. | E.D. Pa. Broderick | 79-2339 | 10/10/79 | 79 Civ 5637 | | |
| B-27 | Michael Koretsky, etc. v. Dart Containerline Co., Ltd., et al. | E.D. Pa. Van Artsdalen | 79-2422 | 10/10/79 | 79 Civ 5638 | | |
| B-28 | Glass Laboratories, Inc., etc. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. Pollack | 79 Civ. 3379 | | | | |
| B-29 | Paramount Electrical Supply Co., Inc. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. Stewart | 79 Civ. 3383 | | | 6/16/80 | |
| B-30 | Pat Harris of New Jersey, Inc. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. Stewart | 79 Civ. 3475 | | | | |
| B-31 | Fruitex Corp., et al. v. Atlantic Container Lines, Inc., et al. | S.D.N.Y. Stewart | 79 Civ. 3514 | | | 4/20/80 | |
| B-32 | Graphic Engraving, Inc., etc. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. Stewart | 79 Civ. 3955 | | | | |
| B-33 | C. S. Greene & Co., Inc. v. Atlantic Container Line, Ltd., et al. | N.D.Ill Decker | 79C3857 11/1/79 | NOV 19 1979 | 79 Civ 6327 | | |

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-34 | Tacony Corp., etc. v. Atlantic Container Line, Ltd., et al. 11/28/79 | D.D.C. Gesell | 79-2442 | 12/14/79 | 79 Civ 6913 | all cases closed 1/26/83 | |
| XYZ-35 | D&H Wine Co., Inc., etc. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. Stewart | 80 Civ 29 | | | | |
| B-36 | Pet Supply Imports, Inc. v. Atlantic Container Line, Ltd., et al.   JUN 11 1980 | N.D.Ill. Bua | 80C2609 | 6/27/80 | 80 Civ 3609 | | |
| XYZ-37 | Branded Liquors, Inc. v. Atlantic Container Line, Ltd., et al. | S.D.N.Y. | 80 Civ 3233 | Closed 10/5/83 | | | |
| B-38 | Southern Wine & Spirits, Inc., et al v. Atlantic Container Line, Ltd., et al.   JUL 18 1980 | S.D.Fla. Kehoe | 80-1387-Civ-JWK | AUG 5 1980 | 80 Civ 4989 | | |

July 1981 — 20, 34, 18, XYZ/2 Dis/36 Pdg
July 1982 — same
July 1983 — same
July 1984 — 36 Dis — Docket Closed — Oct 1983

JPML Form 4

Prepared: July 19, 1979

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

IMPERIAL CRYSTALS, ET AL. (A-1)
Jerry S. Cohen, Esquire
Kohn, Milstein & Cohen
1776 K Street, N.W.
Washington, D.C. 20006

IMPERIAL METAL & CHEMICAL CO. (A-2)
Seymour Kurland, Esquire
Wolf, Block, Schorr & Solis-Cohen
12th Floor Packard Building
Philadelphia, Pa. 19106

HOWARD FOOTWEAR ENTERPRISES, INC. (A-3)
Lawrence H. Eiger, Esquire
Much, Shelist, Freed, Denenberg, Ament
  & Eiger
135 S. LaSalle St., Suite 2323
Chicago, Illinois 60603

SELFIX, INC. (A-4)     (APP. NOT REC'D)
H. Kenneth Kudon, Esquire
Danzansky, Dickey, Tydings, Quint & Gordon
1010 Bender Building
1120 Connecticut Ave., N.W.
Washington, D.C. 20036

EUROMARKET DESIGNS, INC. (A-5)
Michael J. Freed, Esquire
Much, Shelist, Freed, Denenberg, Ament
  & Eiger
135 S. LaSalle St., Suite 2323
Chicago, Illinois 60603

T. I. RALEIGH (USA), INC. (A-6)
Richard J. Rappaport, Esquire
Ross, Hardies, O'Keefe, Babcock & Parsons
One IBM Plaza, Suite 3100
Chicago, Illinois 60611

AMROSE ART LINENS, INC. (A-7)
Samuel K. Rosen, Esquire
Skydell, Siegel, Rosen
  & Windheim
310 Madison Ave.
New York, New York 10017

AIR PHOTO SUPPLY CORP. (A-8)
Daniel W. Krasner, Esquire
Wolf, Haldenstein, Adler, Freeman
  & Herz
270 Madison Avenue
New York, New York 10016

COVINGTON FABRICS CORP. (A-9)
HANBURY IMPORT CORP., ET AL. (A-12)
Benedict Wolf, Esquire
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, New York 10022

IAP, INC., ET AL. (A-10)
Henry A. Brachtl, Esquire
Lowey, Dannenberg & Knapp
747 Third Avenue
New York, New York 10017

DUNHILL MANUFACTURING & DISTRIBUTING
  CORP. (A-11)
Robert N. Kaplan, Esquire
Kaplan, Kilsheimer & Foley
122 East 42nd Street
New York, New York 10017

HOBREL EXPORT CORP. (A-13)
GALLARD-SCHLESINGER CHEMICAL
  MANUFACTURING CORP., ETAL. (A-14)
Joseph A. Ruskay, Esquire
115 Oak Street
Woodmere, New York 11598

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| | |
|---|---|
| REGENT SHEFFIELD, LTD. (A-15)<br>Law Offices of Arthur N. Abbey<br>212 East 39th Street<br>New York, New York   10016 | SEATRAIN LINES, INC.<br>Jane E. Genster, Esquire<br>Williams & Connally<br>Hill Building<br>Washington, D.C.   20006 |
| INDECOR, INC. (A-16)<br>Anthony L. Tersigni, Esquire<br>Meyers, Tersigni, Kaufman, Debrot,<br>   Feldman & Gray<br>630 Third Avenue<br>New York, New York   10017 | HAPAG-LLOYD AKTIENGESELLSCHAFT<br>Stanley Sher, Esquire<br>Billig, Sher & Jones<br>2033 K St., N.W., Suite 300<br>Washington, D.C.   20006 |
| PACKAGING INDUSTRIES GROUP, INC.,<br>   ET AL. (B-17)<br>Stuart A. Summit, Esquire<br>Burns, Jackson, Miller, Summit & Jacoby<br>445 Park Avenue<br>New York, New York   10022 | FARRELL LINES, INC.<br>AMERICAN EXPORT LINES, INC.<br>James R. Hawkins, Esquire<br>Cummings & Lockwood<br>One Atlantic Street<br>Stamford, Connecticut   06904 |
| EDWARD J. HEINE<br>DONALD J. ALDRIDGE<br>UNITED STATES LINES, INC.<br>Sanford M. Litvack, Esquire<br>Donovan, Leisure, Newton & Irvine<br>30 Rockefeller Plaza<br>New York, New York   10020 | |
| ATLANTIC CONTAINER LINE, LTD.<br>William Karas, Esquire<br>Galland, Kharasch, Calkins & Short<br>1054 31st St., N.W.<br>Washington, D.C.   20007 | MANUEL DIAZ   (APPEARANCE NOT REC'D)<br>Peter Fleming, Jr., Esquire<br>100 Wall Street<br>New York, New York   10005 |
| DART CONTAINERLINE CO. LTD.<br>Edwin Longcope, Esquire<br>Hill, Betts & Nash<br>One World Trade Center, Suite 5215<br>New York, New York   10048<br>PAUL F. RICHARDSON<br>SEA-LAND SERVICE, INC.<br>John C. Fricano, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>1775 Pennsylvania Ave., N.W.<br>Washington, D.C.   20006 | |

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| | |
|---|---|
| | PACKAGING INDUSTRIES GROUP, INC., ET AL. (B-17)<br>Stuart A. Summit, Esq.<br>Burns, Jackson, Miller<br>Summit & Jacoby<br>445 Park Avenue<br>New York, New York 10022 |
| J. SCOTT MORRISON (APPEARANCE NOT REC'D)<br>Raymond Carlson, Esquire<br>818 Connecticut Ave., N.W.<br>Washington, D.C. 20006 | WALTER HAUSFELD, ET AL. (B-18)<br>Elwood Kendrick, Esq.<br>Kendrick, Netter & Bennett<br>612 South Flower Street<br>Los Angeles, California 90017 |
| | DOMINO FOOTWEAR, LTD. (B-19)<br>Lawrence Walner, Esq.<br>200 West Randolph Drive<br>Chicago, Illinois 60601 |
| DAVID B. HALL (APPEARANCE NOT REC'D)<br>DANIEL DUBOIS (APPEARANCE NOT REC'D)<br>Edwin Longscope, Esquire<br>Hill, Betts & Nash | THE TESTOR CORPORATION (B-20)<br>Specks and Goldberg<br>180 North LaSalle St.<br>Chicago, Illinois 60601 |
| PHILIP E. BATES (APPEARANCE NOT REC'D)<br>ARNE G. M. KOCH (APPEARANCE NOT REC'D)<br>William Karas, Esquire<br>Galland, Kharasch, Calkins<br>1054 31st Street, N.W.<br>Washington, D. C. 20007 | GARY WINE & LIQUOR CORP. (B-21)<br>Guido Saveri, Esq.<br>Saveri & Saveri<br>111 Sutter Street<br>San Francisco, California 94104 |
| ARTHUR NOVACEK (APPEARANCE NOT REC'D)<br>David Satz, Jr., Esquire<br>Saiber, Schlesinger, Satz<br>  & Goldstein<br>Gateway 1<br>Newark, New Jersey 07102 | PALACEK IMPORTS, INC., ETC. (B-22)<br>James B. Sloan, Esq.<br>Sloan & Connelly, P.C.<br>111 West Washington Street<br>Chicago, Illinois 60602 |
| | THE A. EPSTEIN COMPANIES, INC. (B-23)<br>John H. Ward, Esq.<br>Antonow & Fink<br>111 East Wacker Drive<br>Chicago, Illinois 60601 |
| | STARMEL FOOD CORPORATION, ETC. (B-24)<br>Leonard Barrack, Esq.<br>Barrack, Rodos & McMahon<br>2000 Market Street<br>Philadelphia, Pennsylvania 19103 |

JPML FORM 4A .-- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

---

LONDON ANTIQUE WHOLESALERS, LTD., ET AL. (B-25)
James C. L. Baxendale, Esq.
Stoll & Stoll, P.C.
735 S.W. First Avenue
Portland, Oregon 97204

BONJOUR IMPORTS CORP. (B-26)
Harvey S. Kronfeld, Esq.
Hudson, Wilf & Kronfeld
2200 Packard Building
Fifteenth & Chestnut Streets
Philadelphia, PA 19102

MICHAEL KORETSKY, ETC. (B-27)
Bernard M. Gross, Esq.
Gross & Sklar, P.C.
1630 Locust Street
Philadelphia, Pennsylvania 19103

GLASS LABORATORIES, INC., ETC. (B-28)
Stanley F. Kaufman, Esq.
Kaufman, Taylor, Kimmel & Miller
41 East 42nd Street
New York, New York 10017

PARAMOUNT ELECTRICAL SUPPLY CO., INC. (B-29)
Sheldon P. Barr, Esq.
Barr & Bello
370 Seventh Avenue
New York, New York 10001

PAT HARRIS OF NEW JERSEY, INC. (B-30)
David Berger, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

FRUITEX CORP., ET AL. (B-31)
Robert Dembia, Esq.
Purrington & McDonnell
82 Wall Street
New York, New York 10005

GRAPHIC ENGRAVING INC., ETC. (B-32)
Same as A-9 and A-12

C. S. GREENE & CO., INC. (B-33)
Abraham A. Diamond, Esq.
Margaret Muller Wilson, Esq.
29 S. LaSalle St.
Suite 454
Chicago, Illinois 60603

Unable to determine counsel for
following defts. B-33
Finnlines, Ltd.
Meyer Line

TACONY CORPORATION, ETC. (B-34)
Michael E. Kris, Esquire
1120 Connecticut Ave., N.W.
10th Floor
Washington, D. C. 20036

PET SUPPLY IMPORTS, INC. (B-36)
Kent Winchester, Esq.
1010 American Bank of Commerce Bldg.
200 Lomas Blvd., N.W.
Albuquerque, New Mexico 87102

Richard Fitzgerald, Esq.
1580 Sherman Ave.
Evanston, Ill. 60201

SOUTHERN WINE & SPIRITS, INC., ET AL. (B-38)
James V. Johnston, Esquire
11600 N.E. 2nd Avenue, Suite B
Miami, Florida 33161

Kenny Nachwalter & Seymour, P.A.
One Biscayne Tower, Suite 3250
Miami, Florida 33131

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Atlantic Container Line, LTD | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-27 B-29 B-31 B-17 B-33 34 36 38 X42-37 |
| Dart Containerline Co. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-31 B-17 B-33 34 36 2 37 38 |
| Sea-Land Service, Inc. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-31 B-17 B-33 34 36 2-37 38 |
| Seatrain Lines, Inc. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-31 B-17 B-33 34 36 2-37 38 |
| Hapag-Lloyd Aktiengesellschaft | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 A-12 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-31 B-17 B-33 34 36 2-37 38 |
| United States Lines, Inc. | A-1 A-2 A-3 A-4 A-5 A-6 A-7 A-8 A-9 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-31 B-17 B-33 34 36 2-37 38 |
| American Export Lines, Inc. | A-1 A-2 A-3 A-4 A-5 A-6 A-8 A-9 A-10 A-11 A-12 A-13 A-14 A-15 A-16 B-17 B-19 B-20 B-21 B-31 B-17 34 36 2-37 38 |
| Philip E. Bates | A-8 |
| Wolfgang Bohle | A-8 |
| Karl-Heinz Sager | A-8 |
| Paul F. Richardson | A-8 |

p. 2

| Name | Ref | Notes |
|---|---|---|
| David B. Hall | A-8 | |
| Edward J. Heine, Jr. ✗ | A-8 | |
| Howard A. Levy ✗ | A-8 | |
| Daniel du Bois | A-8 | |
| Arthur C. Novacek | A-8 | |
| Manuel Diaz ✗ | A-8 | |
| Donald G. Aldridge | A-8 | |
| J. Scott Morrison ✗ | A-8 | |
| Arne G. M. Koch | A-8 | |
| Bristol City Line, LTD | A-11  2-37 | |
| Compagnie Maritime Belge | A-11  2-37 38 | |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 395 -- IN RE OCEAN SHIPPING ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Compagnie Generale Maritime *part of ACL* | A-11  2-37 38 |
| Consolidated Container Service Co., LTD *part of ACL* | A-11  2-37 38 |
| Cunard S.S. Co., LTD *part of ACL* | A-11  2-37 38 |
| Farrell Lines, Inc. | A-7 A-11  B-33 2-37 38 |
| Intercontinental Transport *part of ACL* | A-11  2-37 38 |
| Swedish Transatlantic Line *part of ACL* | A-11  2-37 38 |
| Wallenius Line *part of ACL* | A-11  2-37 38 |
| Seatrain International, S.A. *part of Seatrain* | A-11 2-37 38 |
|  | 2-37 |
|  |  |
|  |  |