DOCKET NO. 395

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE OCEAN SHIPPING ANTITRUST LITIGATION

## TRANSFER ORDER

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transfer of the actions pending in districts other than the Southern District of New York to that district for coordinated or consolidated pretrial proceedings with the actions pending there. The Panel has found upon consideration of the papers submitted and the hearing held that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Charles E. Stewart, Jr. for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Murray I. Gurfein
Chairman

SCHEDULE A

District of the District of Columbia

Imperial Crystals, et al. v. Atlantic Container Line, Ltd., et al., C.A. No. 79-1471

Imperial Metal & Chemical Co. v. Atlantic Container Line, Ltd., et al., C.A. No. 79-1577

Howard Footwear Enterprises, Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79-1605

Selfix, Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79-1629

Walter Hausfeld, et al. v. Atlantic Container Line, Ltd., et al., C.A. No. 79-1666

Northern District of Illinois

Domino Footwear, Ltd. v. Atlantic Container Line, Ltd., et al., C.A. No. 79C2628

The Testor Corporation v. Atlantic Container Line, Ltd., et al., C.A. No. 79C2634

Gary Wine & Liquor Corp. v. Atlantic Container Line, Ltd., et al., C.A. No. 79C2646

Palacek Imports, Inc., etc. v. Sea-Land Service, Inc., et al., C.A. No. 79C2771

The A. Epstein Companies, Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79C2836

Euromarket Designs, Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79C2430

T. I. Raleigh (U.S.A.), Inc. v. Atlantic Container Line, Inc., et al., C.A. No. 79C2476

Southern District of New York

Amrose Art Linens, Inc. v. Atlantic Container Lines, Ltd., et al., C.A. No. 79 Civ 2872

Air Photo Supply Corp. v. Atlantic Container Lines, Ltd., et al., C.A. No. 79 Civ 2966

Covington Fabrics Corp. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3117

IAP, Inc., et al. v. Atlantic Container Line, Ltd., et al., C.A No. 79 Civ 3137

Dunhill Manufacturing & Distributing Corp. v. American Export Lines, Inc., et al., C.A. No. 79 Civ 3155

Glass Laboratories, Inc., etc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3379

Paramount Electrical Supply Co., Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ. 3383

Pat Harris of New Jersey, Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ. 3475

Fruitex Corp., et al. v. Atlantic Container Line, Inc., et al., C.A. No. 79 Civ 3514

Graphic Engraving, Inc., etc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3955

SCHEDULE A (continued)

Southern District of New York (continued)

Hanbury Import Corp., et al. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3267

Hobrel Export Corp. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3316

Gallard-Schlesinger Chemical Mfg. Corp., et al. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3317

Regent Sheffield, Ltd. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3327

Indecor, Inc. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3332

Packaging Industries Group, Inc., et al. v. Atlantic Container Line, Ltd., et al., C.A. No. 79 Civ 3384

Eastern District of Pennsylvania

Starmel Food Corporation, etc. v. Atlantic Container Line Co., Ltd., et al., C.A. No. 79-2323

London Antique Wholesalers, Ltd., et al. v. Atlantic Container Line, Ltd., et al., C.A. No. 79-2336

Bonjour Imports Corp. v. Atlantic Container Line, Ltd., et al., C.A. No. 792339

Michael Koretsky, etc. v. Dart Containerline Co., Ltd., et al., C.A. No. 79-2422